WALTER READE, Plaintiff, v. HARRY SHERMAN, as President of Local 306, etc., Respondent. SAMUEL M. BIRNBAUM and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

FAYE R. RICHARDS, Appellant, v. HENRI SCHUEG, Defendant, Impleaded with COMPANIA RON BACARDI, S. A. (Appearing Specially), Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: MAREL WORKS, INC., Judgment Creditor, Appellant, v. EDGAR S. BARUC, Judgment Debtor, Respondent.— Orders reversed, with twenty dollars costs and disbursements, and motion for appointment of receiver granted; motion to vacate third party order denied. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; Townley and Untermyer, JJ., dissent.

LENA KANTOR, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

LOUIS PEIREZ, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of FRANCIS T. MCENENY, Appellant, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Respondent. EUGENE HOLTERBACH and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the respondent, comptroller of the city of New York. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

BERNARD J. BROUS, Appellant, v. REBECCA H. BROUS, Individually and as Committee of the Person and Property of HERMAN D. BROUS, a Lunatic, and HERMAN D. BROUS, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the respondent Rebecca H. Brous. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

GEORGE H. BEINERT, Respondent, v. ARTISTIC WEAVING COMPANY, Appellant.— Order so far as appealed from modified by allowing item No. 4 in so far as to require the name of the particular representative or agent of the defendant who discharged the plaintiff; whether the notification given was oral or in writing, and if in writing that plaintiff furnish a copy thereof, and if oral give the substance; and also item No. 5, and as so modified affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAVERLY CORPORATION, Appellant, v. JAMES J. SEXTON and Others, Respondents.— Final orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAVERLY CORPORATION, Appellant, v. JAMES J. SEXTON and Others, Respondents.— Order reversed, without costs, writ sustained, and assessment on lot 26, block 844, section 3, for the year 1932 reduced from $440,000 to $417,535, upon the ground that even